444 F.2d 112
 Joseph X. BETHEA, Petitioner-Appellant,
v.
Mr. DAGGETT, Acting Warden, Respondent-Appellee.
 No. 71-1078 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 June 23, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., District Judge.
 Joseph X. Bethea, pro se.
 John W. Stokes, Jr., U. S. Atty., Richard H. Still, Jr., Charles A. Pannell, Jr., Asst. U. S. Attys., Atlanta, Ga., for appellee.
 Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed.[1] See Local Rule 21.[2]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 The opinion of the district court is reported as Bethea v. Daggett, N.D.Ga. 1970, 329 F.Supp. 796
 
 
 [2]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966